## STATE OF CONNECTICUT *v.* JOSEPH MOORE
### (AC 15756)

Lavery, Landau and Healey, Js.

Argued May 30—officially released June 24, 1997

Per Curiam. The judgment is affirmed.

## JOHN L. FABALE *v.* LINDA FABALE
### (AC 15369)

O'Connell, Lavery and Spear, Js.

Argued May 27—officially released June 24, 1997

Per Curiam. The judgment is affirmed.

## HALLORAN AND SAGE *v.* ROBERT PARKER ET AL.
### (AC 16033)

O'Connell, Lavery and Landau, Js.

Argued May 28—officially released June 24, 1997

Per Curiam. The judgment is affirmed.